UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND JEAN BOE | CIVIL ACTION |
| VERSUS | NO: 11-1144 |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: R(3) |

**ORDER**

The Court, having reviewed *de novo* the complaint,[1] Raymond Jean Boe's motion for summary judgment,[2] defendant's motion for summary judgment,[3] the record,[4] the applicable law, the Magistrate Judge's Report and Recommendation,[5] and Boe's objections,[6] finds that the Magistrate Judge's opinion is correct, and that Boe's objections concern matters fully and correctly addressed by the Magistrate Judge.  Accordingly, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

---

[1]   R. Doc. 2.

[2]   R. Doc. 10.

[3]   R. Doc. 11.

[4]   R. Doc. 6.

[5]   R. Doc. 12.

[6]   R. Doc. 13.

For the foregoing reasons, defendant's motion for summary judgment is GRANTED.  Boe's motion for summary judgment is DENIED and his petition for review of the final decision of the Commissioner of the Social Security Administration is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 14th day of May, 2012.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE